UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13CR0347-JLS |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT OF DISMISSAL OF INFORMATION |
| FRANK JERRY DENBO, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 20, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge